**Order filed January 24, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-12-00808-CR
NO. 14-12-01085-CR

**TRAVOY RAMON HOLLIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1326496**

# O R D E R

Appellant entered a plea of guilty to theft of property valued between $1,500 and $20,000. On October 24, 2012, after a pre-sentence investigation, the court sentenced appellant to confinement for seven months in the State Jail Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal, and

the appeal was docketed under our appellate case number 14-12-00808-CR. Appellant moved to withdraw his guilty plea, or alternatively, for a new trial, and the trial court granted the motion on October 29, 2012.

Appellant then proceeded to trial before a jury, which found appellant guilty and assessed punishment at two years in the State Jail Division of the Texas Department of Criminal Justice. On November 30, 2012, the trial court sentenced appellant in accordance with the jury's verdict. Appellant filed a notice of appeal and a new appeal was docketed under our appellate case number 14-12-01085-CR.

By a separate opinion and judgment entered this date, we dismissed the appeal from the sentence imposed on August 24, 2012, and docketed under our appellate case number 14-08-00808-CR. The appeal from the sentence imposed on November 30, 2012, docketed under our appellate case number 14-12-01085-CR remains pending before the court. We **ORDER** the clerk's record and reporter's record filed in case number 14-12-00808-CR filed in case number 14-12-01085-CR.

PER CURIAM